

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-14-00088-CV

Style:      Marysabel Vasquez v. Wells Fargo Bank, N.A.

Date motion filed:      January 31, 2014

Type of motion:      Motion for extension of time to file clerk's record

Party filing motion:      Harris County Clerk

Documents to be filed:      Clerk's record

If motion to extend time:

      Original due date:      February 5, 2014

      Number of previous extensions granted:      Current Due date:

      Date Requested:      March 3, 2014

Is appeal accelerated?      No

Ordered that motion is:

      ☑      Granted

            If document is to be filed, document due:  **March 3, 2014**

            ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐      Denied

      ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐      Other: _____

Judge's signature:   /s/ Terry Jennings
            ☑ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date: February 27, 2014

November 7, 2008 Revision